IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRIDGET LENARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 2173 |
| | ) | |
| **MULTI-AD SERVICES, INC.** | ) | **JUDGE ST. EVE** |
| | ) | |
| **Defendant.** | ) | |
| | ) | **JURY DEMANDED** |

To:  Brian R. Holman
    Holman & Stefanowicz
    30 S. Wacker Drive
    Suite 2425
    Chicago, IL 60606

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 17, 2008 I filed attached the attached answer and additional defenses to the complaint on behalf of the Defendant, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　/s/*Paul Burmeister*
　　　　　　　　　　　　　　　　　　　　Paul Burmeister

PAUL BURMEISTER
HUSCH BLACKWELL SANDERS, LLC
401 Main Street, Suite 1400
Peoria, Illinois  61602-1241
Telephone:  (309) 637-4900
Facsimile:  (309) 637-4928

F:\PEORIA\230085.01

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused this Notice and Certificate of Service together with the pleading referred to herein to be served upon the above named party via U.S. mail by enclosing true and correct copies thereof in a properly addressed, postage pre-paid envelope which was deposited in the United States mail at 401 S. Main Street, Peoria, Illinois on June 17, 2008.

                                                                  /s/*Paul Burmeister*
                                                               Paul Burmeister