THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGET LENARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 CV 2173 |
| | ) | |
| MULTI-AD SERVICES, INC., | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on the 20th day of June, 2008 there was filed with the Clerk of the United States District Court for the Northern District of Illinois the PARTIES' INITIAL STATUS REPORT.

                              Respectfully submitted,

                              s/ Brian R. Holman
                              _____
                              HOLMAN & STEFANOWICZ, LLC
                              By:   Brian R. Holman

Holman & Stefanowicz, LLC
Attorneys for Plaintiff
30 South Wacker Drive, Suite 2425
Chicago, Illinois 60606
(312) 258-9700

CERTIFICATION OF FILING AND SERVICE

    I, Brian R. Holman, an attorney, certify that I served this notice with the above-described documents through the District Court's electronic system to the following party, before the hour of 5:00 p.m., on June 20, 2008:

    Paul Burmeister
    Husch, Blackwell, Sanders, LLC
    401 Main Street, Suite 1400
    Peoria, Illinois 61602

                                              s/ Brian R. Holman
                                            _____