UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Bridget Lenard
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−02173
                                                  Honorable Amy J. St. Eve

Multi−Ad Services, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/21/2008 and continued to 10/2/08 at 8:30 a.m. Plaintiff's written demand to defendant's counsel, with a courtesy copy to the court, by 9/15/08. Defendant's offer to plaintiff's counsel, with a courtesy copy to the court, by 9/29/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.